| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Steven E Yoskowitz | Social Security number or ITIN  xxx−xx−0795 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Julie D Yoskowitz | Social Security number or ITIN  xxx−xx−0344 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13−36142−CMG | |

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven E Yoskowitz                                        Julie D Yoskowitz

2/8/19                                                              **By the court:** <u>Christine M. Gravelle</u>
                                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 13-36142-CMG
Steven E Yoskowitz                                                         Chapter 13
Julie D Yoskowitz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Feb 08, 2019
                              Form ID: 3180W             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2019.
```
db/jdb         +Steven E Yoskowitz,    Julie D Yoskowitz,    14 Woodview Drive,   Howell, NJ 07731-3825
cr             +Rushmore Loan Management Services, servicer for U.,    15480 Laguna Canyon Road,   Suite 100,
                 Irvine, CA 92618-2132
514516424      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514390217     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: AHFC,    201 Little Falls Drive,    Wilmington, DE  19808)
514624428      +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514390223      +Cap One Na,    3905 N Dallas Pkwy,   Plano, TX 75093-7892
514417398      +Capital One, N.A.,    7933 Preston Rd,   Plano, TX 75024-2359
517276060       Capital One, N.A.,    c/o Rushmore Loan Management Services,   PO Box 52708,
                 Irvine, CA 92619-2708
517276061      +Capital One, N.A.,    c/o Rushmore Loan Management Services,   PO Box 52708,
                 Irvine, CA 92619-2708,    Capital One, N.A.,    c/o Rushmore Loan Management Services 92619-2708
514390224      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
514390228      +Fifth Third Bank,    5050 Kingsley Dr,   Cincinnati, OH 45227-1115
514705679      +JPMORGAN CHASE BANK, N.A.,    CHASE RECORDS CENTER,   ATTN:CORRESPONDENCE MAIL,
                 700 KANSAS LANE, MAIL CODE LA4-555,    MONROE, LA 71203-4774
514450361      +NJCLASS,    PO Box 548,   Trenton, NJ 08625-0548
514390233      +State Of Nj Student As,    Po Box 538,   Trenton, NJ 08625-0538
517637432       U.S. Bank National Association,    c/o Rushmore Loan Management Services,   PO Box 52708,
                 Irvine, CA 92619-2708
517637433      +U.S. Bank National Association,    c/o Rushmore Loan Management Services,   PO Box 52708,
                 Irvine, CA 92619-2708,    U.S. Bank National Association,
                 c/o Rushmore Loan Management Services 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2019 00:40:44     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2019 00:40:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514429291       EDI: HNDA.COM Feb 09 2019 05:03:00     American Honda Finance Corporation,
                 National Bankruptcy Center,   P.O. Box 168088,    Irving, TX 75016-8088,   866-716-6441
514635572       EDI: BECKLEE.COM Feb 09 2019 05:03:00     American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
514390218      +EDI: AMEREXPR.COM Feb 09 2019 05:03:00     Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
514390219       EDI: BANKAMER.COM Feb 09 2019 05:03:00     Bank Of America,   Po Box 982235,
                 El Paso, TX  79998
514458627       EDI: BMW.COM Feb 09 2019 05:03:00     BMW Financial Services NA, LLC,   P.O. Box 3608,
                 Dublin, OH 43016
514390221      +EDI: BMW.COM Feb 09 2019 05:03:00     BMW Finance Services,   5515 Park Center Circle,
                 Dublin, OH 43017-3584
514462617      +EDI: AISACG.COM Feb 09 2019 05:03:00     BMW Financial Services NA, LLC,   P.O. Box 201347,
                 Arlington, TX 76006-1347
514413671      +EDI: AISACG.COM Feb 09 2019 05:03:00     BMW Financial Services NA, LLC,
                 c/o Ascension Capital Group,   P.O. Box 201347,    Arlington, TX 76006-1347
514390220      +EDI: TSYS2.COM Feb 09 2019 05:03:00     Barclays Bank Delaware,   125 S West St,
                 Wilmington, DE 19801-5014
514390222       EDI: CAPITALONE.COM Feb 09 2019 05:03:00     Cap One,   Po Box 85520,   Richmond, VA  23285
515921644      +EDI: AISACG.COM Feb 09 2019 05:03:00     Capital One N. A.,   c/o Ascension Capital Group,
                 P.O. Box 165028,   Irving, TX 75016-5028
514634197       EDI: BL-BECKET.COM Feb 09 2019 05:04:00     Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
514665097      +E-mail/Text: bankruptcy@cavps.com Feb 09 2019 00:41:06     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
514390225      +EDI: CHASE.COM Feb 09 2019 05:03:00     Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514390226       EDI: CITICORP.COM Feb 09 2019 05:03:00     Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
514656907       EDI: CITICORP.COM Feb 09 2019 05:03:00     Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
514390227      +EDI: CITICORP.COM Feb 09 2019 05:03:00     Exxmblciti,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
514390229      +EDI: RMSC.COM Feb 09 2019 05:03:00     Gecrb/pc Richard,   Po Box 981439,
                 El Paso, TX 79998-1439
514390230      +EDI: CBSKOHLS.COM Feb 09 2019 05:03:00     Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
514390230      +E-mail/Text: bncnotices@becket-lee.com Feb 09 2019 00:39:27     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
514663985       EDI: PRA.COM Feb 09 2019 05:03:00     Portfolio Recovery Associates, LLC,   c/o Capital One,
                 POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: Feb 08, 2019
                              Form ID: 3180W           Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516346449        +EDI: Q3G.COM Feb 09 2019 05:03:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                   PO Box 788,   Kirkland, WA 98083-0788,   Quantum3 Group LLC as agent for,
                   MOMA Funding LLC 98083-0788
514515987         EDI: Q3G.COM Feb 09 2019 05:03:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                   PO Box 788,   Kirkland, WA  98083-0788
514390231        +EDI: NAVIENTFKASMSERV.COM Feb 09 2019 05:03:00      Sallie Mae,   Po Box 9655,
                   Wilkes Barre, PA 18773-9655
514390232        +EDI: CITICORP.COM Feb 09 2019 05:03:00       Shell/citi,   Po Box 6497,
                   Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514635573*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
516346448*       Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Brian J. Goldberg    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Capital One, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Capital One, N.A. ewassall@logs.com,
               njbankruptcynotifications@logs.com
              Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael Leonard Detzky    on behalf of Joint Debtor Julie D Yoskowitz mldetzky@hotmail.com,
               r40042@notify.bestcase.com
              Michael Leonard Detzky    on behalf of Debtor Steven E Yoskowitz mldetzky@hotmail.com,
               r40042@notify.bestcase.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
              Robert P. Saltzman    on behalf of Creditor    Capital One, N.A. dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Rushmore Loan Management Services, servicer for U.S.
               Bank National Association, not in its individual capacity but solely as trustee for the RMAC
               Trust, Series 2016-CTT dnj@pbslaw.org
                                                                                              TOTAL: 11
```