Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 13–36142–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Steven E Yoskowitz                     Julie D Yoskowitz
14 Woodview Drive                      14 Woodview Drive
Howell, NJ 07731                       Howell, NJ 07731

Social Security No.:
   xxx–xx–0795                         xxx–xx–0344

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 13, 2019</u>            <u>Christine M. Gravelle</u>
                                        Judge, United States Bankruptcy Court